THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 7, 2014

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

IN RE
Joy A. Nagel

Debtor.

Chapter: 13

Case No. 13-30837-GMH

**ORDER PURSUANT TO HEARING UPON MOTION OF SRMOF II 2012-1 TRUST, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR RELIEF FROM THE AUTOMATIC STAY**

Pursuant to the motion of SRMOF II 2012-1 Trust, U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee the current mortgagee of record, (hereinafter "the movant") for an order for relief from the automatic stay with respect to the property located at 11724 212th Ave, Bristol, WI 53104-9680, this matter was heard on March 25, 2014, the movant appearing through its counsel, Gray & Associates, L.L.P., by Jay Pitner, and the debtor(s) appearing through Geraci Law L.L.C., by Andrew M. Golanowski, and Rebecca Garcia appearing on behalf of the Chapter13 trustee and upon the arguments and statements of counsel and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the movant may file a supplemental claim for the post-petition arrearage which exists through the end of March 2014 in the amount of $6,507.99.

Drafted by:

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

The arrearage is itemized as follows:

| | |
|---|---:|
| 11/1/13 through 3/1/14<br>5 mortgage payments @ $1,154.57 | $5,772.85 |
| Credits / Suspense | (90.86) |
| Attorney Fees and Costs | 826.00 |
| TOTAL ARREARAGE | $6,507.99 |

IT IS FURTHER ORDERED that commencing in April 2014 and continuing through and including September 2014, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

IT IS FURTHER ORDERED that commencing in October 2014, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

IT IS FURTHER ORDERED that pending further notice, the amount of the monthly mortgage payment is $1,154.57 and payments shall be made to the movant at Selene Finance, PO Box 71243 Philadelphia, PA 19176-6243.

IT IS FURTHER ORDERED that commencing with the first bi-weekly plan payment due in April 2014 and continuing through and including the last bi-weekly plan payment due in September 2014, the debtors shall make all bi-weekly plan payments to the trustee in sufficient time to be received on or before the next bi-weekly payment becomes due. In the event any bi-weekly payment is not received by the trustee in a timely manner, counsel for the movant may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

#####